FILED
Apr 23 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ rolannb   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL RAY LEON,<br><br>　　　　　　　　　Defendant. | Case No. __18CR2069-GPC__<br><br>**I N F O R M A T I O N**<br><br>Title 8, U.S.C.,<br>Sec. 1324(a)(2)(B)(iii) –<br>Bringing in Aliens Without<br>Presentation; Title 18,<br>U.S.C., Sec. 2 – Aiding and<br>Abetting |

The United States Attorney charges:

On or about March 26, 2018, within the Southern District of California, defendant, MICHAEL RAY LEON, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely Martin Ruiz-Santiago, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii), and Title 18, United States Code, Section 2.

DATED: 4/23/18 .

　　　　　　　　　　　　　　　ADAM L. BRAVERMAN
　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　LAWRENCE E. SPONG
　　　　　　　　　　　　　　　Assistant U.S. Attorney

LES:kst:San Diego
4/03/18