AO 455 (Rev. 01/09) Waiver of an Indictment



# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>MICHAEL RAY LEON,<br><br>                Defendant. | Case No. 18CR2069-GPC<br><br>**WAIVER OF AN INDICTMENT** |

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

DATED: 4/23/18

_____
Defendant

DATED: 4/23/18

_____
Defendant's Attorney

_____
JUDICIAL OFFICER