```
 1 │ ADAM L. BRAVERMAN
   │ United States Attorney
 2 │ LAWRENCE E. SPONG
   │ Assistant U.S. Attorney
 3 │ California State Bar No. 194136
   │ United States Attorney's Office
 4 │ 880 Front Street, Room 6293
   │ San Diego, California  92101-8893
 5 │ Telephone:  (619) 557-8401
```



Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA 18cr02069-GPC

| UNITED STATES OF AMERICA, | Case No. 18MJ1418-JLB |
|---|---|
| Plaintiff, | **STIPULATION OF FACT AND JOINT MOTION FOR RELEASE OF MATERIAL WITNESSES AND ORDER THEREON** |
| v. | |
| MICHAEL RAY LEON, | (Pre-Indictment Fast-Track Program) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Adam L. Braverman, United States Attorney, and Lawrence E. Spong, Assistant United States Attorney, and defendant, MICHAEL RAY LEON, by and through and with the advice and consent of defense counsel, Chloe S. Dillon, that:

1.  Defendant agrees to execute this stipulation on or before the second preliminary hearing date and to participate in a full and complete inquiry by the Court into whether defendant knowingly, intelligently and voluntarily entered into it.

2.  The material witnesses, Simon Juan-Lucas and Martin Ruiz-Santiago, in this case:

//

//

a. Are aliens with no lawful right to enter or remain in the United States;

b. Entered or attempted to enter the United States illegally on or about March 26, 2018

c. Were found in a vehicle, driven by defendant at the Otay Mesa, California, Port of Entry (POE); and defendant knew or acted in reckless disregard of the fact that they were aliens with no lawful right to enter or remain in the United States;

d. Were each paying between $5,000.00 and $7,000.00 to others to be brought into the United States illegally and/or transported illegally to their destinations therein; and

e. May be released and remanded immediately to the Department of Homeland Security for return to their countries of origin.

3. The vehicle driven by defendant in this case:

a. Was seized as evidence and is held by the Department of Homeland Security;

b. May be released as evidence and immediately disposed of by the Department of Homeland Security.

4. After the court has ordered the material witnesses released, pursuant to this stipulation and joint motion, if defendant does not plead guilty to a violation of 8 U.S.C. § 1324, for any reason, or thereafter withdraws defendant's guilty plea to that charge, defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

a. The stipulated facts set forth in paragraph 2 above shall be admitted as substantive evidence;

b. The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witness(es) provided in discovery, and such testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest of (an) unavailable witness(es);

c. Understanding that under Crawford v. Washington, 124 S. Ct. 1354 (2004), "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted and cross-examined the witness(es) who made

        the "testimonial" hearsay statements, defendant waives the right to confront and cross-examine the material witness(es) in this case; and

    d.    Defendant waives the opportunity to examine the vehicle or object to its unavailability in this case.

5.    By signing this stipulation and joint motion, defendant certifies that defendant has read it (or that it has been read to defendant in defendant's native language). Defendant certifies further that defendant has discussed the terms of this stipulation and joint motion with defense counsel and fully understands its meaning and effect.

Based on the foregoing, the parties jointly move the stipulation into evidence and for the immediate release and remand of the above-named material witnesses to the Department of Homeland Security for return to their countries of origin.

It is **STIPULATED AND AGREED** this date.

Respectfully submitted,

ADAM L. BRAVERMAN
United States Attorney

DATED 5/1/18

*/s/ Matthew Brehm for*
LAWRENCE E. SPONG
Assistant U.S. Attorney

DATED 4/23/18

CHLOE S. DILLON
Defense Counsel

DATED 4/23/18

MICHAEL RAY LEON
Defendant

LES:kst:4/03/18

3

18MJ1418

# O R D E R

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence; and

**IT IS ORDERED** that the above-named material witness(es) be released and remanded forthwith to the Department of Homeland Security for return to their countries of origin.

**SO ORDERED.**

DATED 5/1/18

UNITED STATES MAGISTRATE JUDGE

18MJ1418