**CHLOE S. DILLON**
California Bar No. 273748
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California   92101-5008
Telephone:   (619) 234-8467
Chloe_Dillon@fd.org

Attorneys for Mr. Leon

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE GONZALO P. CURIEL)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 18CR2069-GPC |
| Plaintiff, | ) | |
| v. | ) | **DEFENDANT'S ACKNOWLEDGMENT OF NEXT COURT DATE** |
| MICHAEL RAY LEON, | ) | |
| Defendant. | ) | |

I, Michael Ray Leon, the defendant named in the above-captioned case, hereby acknowledge that the next court date in this matter is as follows:

<u>July 13, 2018</u> at 10<u>:30 a.m.</u> for motion hearing/trial setting.

I further acknowledge that this court appearance is to take place before the Honorable Gonzalo P. Curiel, United States District Court, Southern District of California at San Diego, California and that I am ordered to appear in accordance with the conditions of my pretrial release.

I declare that the foregoing is true and correct.

Dated: 6/20/18                                                   /s/ Michael Leon
                                                                          **MICHAEL RAY LEON**

1

## CERTIFICATE OF SERVICE

Counsel for the Defendant certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Lawrence E. Spong
Assistant U.S. Attorney

Respectfully submitted,

Dated:        June 21, 2018             *s/ Chloe S. Dillon*
                                        **CHLOE S. DILLON**
                                        Federal Defenders of San Diego, Inc.
                                        Attorneys for Mr. Leon

Certificate of Service.docx
6/9/15