FILED
Jul 10 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ carolina    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>MICHAEL RAY LEON,<br><br>               Defendant. | Case No.   18CR2069-GPC<br><br>**I N F O R M A T I O N**<br>**(Superseding)**<br><br>Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 18, U.S.C., Sec. 2 - Aiding and Abetting (Misdemeanor) |
|---|---|

The United States Attorney charges:

On or about March 26, 2018, within the Southern District of California, defendant, MICHAEL RAY LEON, aided and abetted the illegal entry of Martin Ruiz-Santiago, an alien who unlawfully eluded or attempted to elude examination and inspection by immigration officers; in violation of Title 8, United States Code, Section 1325, a misdemeanor, and Title 18, United States Code, Section 2, a misdemeanor.

DATED: 7/10/18 .

ADAM L. BRAVERMAN
United States Attorney

LAWRENCE E. SPONG
Assistant U.S. Attorney

LES:kst:San Diego
Rev. 6/28/18