**CHLOE S. DILLON**
California State Bar No. 273748
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Chloe_Dillon@fd.org

Attorneys for Michael Leon

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JILL L. BURKHARDT)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>**MICHAEL LEON**,<br><br>　　　　　　Defendant. | CASE NO.:　**18CR2069-JLB**<br><br>**STATUS REPORT ON COMPLETION OF HIGH SCHOOL DIPLOMA** |

**I.　Procedural Background**

On July 10, 2018, this Court ordered the defense to submit a written status report providing a proposal for Mr. Leon to complete his high school diploma before sentencing.

**II.　Status Report**

Mr. Leon is currently in the process of enrolling in a program to complete his high school diploma.

After the hearing on July 10, 2018, Mr. Leon went to consult with a former teacher at his high school about how he can complete his high school diploma. The teacher provided him with a referral to the ACCESS or Alternative Education program through the Orange County Department of Education. This program offers

an independent study option that would allow Mr. Leon to complete his studies at home and meet with a teacher regularly when convenient. Mr. Leon was told that it would take about a week for the referral to process, and the referral is necessary because he is no longer in attendance in school. Mr. Leon should have an answer on whether he has been accepted into the ACCESS program in the next few days.

With the help of his aunt, Connie Boardman, who attended the change of plea hearing on July 10, 2018, and with whom the Court spoke, Mr. Leon has identified two alternative programs, in the event that he is not accepted into ACCESS. One program is the Huntington Beach Adult School program. The next available orientation for that program, which is the requisite first step in the enrollment process, is on August 15, 2018. Another possible program is through the Orange County Department of Education College and Career Preparatory Academy.

### III.   Proposal

Mr. Leon requests the opportunity to provide another written status report and a more complete proposal to the Court by August 10, 2018. Accounting for undersigned counsel's time out of office (between August 1st and August 6th) and the time necessary for these issues to be resolved, counsel should be able to submit a more complete proposal by that date.

Respectfully submitted,

Dated:  July 24, 2018            *s/ Chloe S. Dillon*
                                 Federal Defenders of San Diego, Inc.
                                 Attorneys for Mr. Leon
                                 Email:  Chloe_Dillon@fd.org

**CERTIFICATE OF SERVICE**

Counsel for the Defendant certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

    Lawrence Spong
    Assistant U.S. Attorney

                                      Respectfully submitted,

Dated: July 24, 2018          *s/ Chloe S. Dillon*
                                      Federal Defenders of San Diego, Inc.
                                      Attorneys for Michael Leon

                                      Email: Chloe_Dillon@fd.org