**CHLOE S. DILLON**
California State Bar No. 273748
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Chloe_Dillon@fd.org

Attorneys for Michael Leon

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JILL L. BURKHARDT)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>**MICHAEL LEON**,<br><br>        Defendant. | CASE NO.:  **18CR2069-JLB**<br><br>**STATUS REPORT ON COMPLETION OF HIGH SCHOOL DIPLOMA** |

**I.    Procedural Background**

On July 10, 2018, this Court ordered the defense to submit a written status report providing a proposal for Mr. Leon to complete his high school diploma before sentencing. On August 1, 2018, the Court ordered a supplemental report in order to clarify where Mr. Leon was enrolled to complete his high school diploma.

**II.   Status Report**

Mr. Leon is currently enrolled in the ACCESS program to complete his high school diploma. He is making progress by meeting once per week with his teacher and submitting written assignments that he completes during the week when he is on break from his full-time job or after work. Mr. Leon has approximately 22 credits

to complete in order to finish his high school diploma. He and his teacher are hopeful that he can complete that course of study by the end of November.

### III.  Proposal

The Court currently has a status hearing set for October 4, 2018 in this case. In all likelihood, Mr. Leon will not have completed the required coursework by that date. Mr. Leon can appear on that date as planned. In the alternative, Mr. Leon, through his counsel, requests that the date be vacated and that converted to a deadline for an additional written status report to be submitted to the Court by Mr. Leon and his counsel. In other words, Mr. Leon and his counsel would submit an additional written status report on his progress toward his high school diploma by October 4, 2018, but there would be no hearing on that date.

Respectfully submitted,

Dated:  August 10, 2018

*s/ Chloe S. Dillon*
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Leon
Email:  Chloe_Dillon@fd.org

**CERTIFICATE OF SERVICE**

Counsel for the Defendant certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Lawrence Spong
Assistant U.S. Attorney

Respectfully submitted,

Dated: August 10, 2018    *s/ Chloe S. Dillon*
Federal Defenders of San Diego, Inc.
Attorneys for Michael Leon

Email: Chloe_Dillon@fd.org