**CHLOE S. DILLON**
California State Bar No. 273748
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Chloe_Dillon@fd.org

Attorneys for Michael Leon

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JILL L. BURKHARDT)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>**MICHAEL LEON**,<br><br>   Defendant. | CASE NO.:  **18CR2069-JLB**<br><br>**SUPPLEMENTAL STATUS REPORT ON COMPLETION OF HIGH SCHOOL DIPLOMA** |

### I.   Procedural Background

On July 10, 2018, this Court ordered the defense to submit a written status report providing a proposal for Mr. Leon to complete his high school diploma before sentencing. On August 1, 2018, the Court ordered a supplemental report in order to clarify where Mr. Leon was enrolled to complete his high school diploma. On August 10, 2018, Mr. Leon submitted a supplemental status report to clarify that he had been able to enroll in the ACCESS program in Fountain Valley, California, and that he had 22 credits left to complete his high school diploma. It was not anticipated that Mr. Leon would be able to complete his coursework until the end of November. On October 1, 2018, the Court ordered the defense to submit a supplemental status report by October 4th (in lieu of a status hearing).

## II. Status Report

Since the last status report was filed, Mr. Leon has moved residences from Fountain Valley, California to Ontario, California, to live with his grandmother. (He is not living with his parents.) Mr. Leon moved because he was able to secure higher paying employment in Ontario at OS 4 Labor, which is a company that does shipping and transport. He is working full-time, forty hours per week. Mr. Leon also moved in with his grandmother in order to have a more stable living situation.

His residence in Ontario is one hour from where he was enrolled in school. As a result, Mr. Leon switched schools to the Chaffey Adult School, located on the same campus as Chaffey High School. He is enrolled in coursework to complete his high school diploma at the Adult School. He completes the coursework online.

Mr. Leon is currently obtaining records to verify how many credits he has completed so far, but he believes that he has completed 5 of the 22 credits that he had remaining in order to obtain his high school diploma. His best estimate of when he can complete all the necessary coursework is still around the beginning of December (only slightly later than the earlier estimate of the end of November).

## III. Proposal

The Court has set a status hearing set for December 4, 2018 in this case. Mr. Leon and his counsel will be ready to appear on that date and report on his status.

Respectfully submitted,

Dated: October 4, 2018

*s/ Chloe S. Dillon*
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Leon
Email: Chloe_Dillon@fd.org

## CERTIFICATE OF SERVICE

Counsel for the Defendant certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

    Lawrence Spong
    Assistant U.S. Attorney

Respectfully submitted,

Dated: October 4, 2018    *s/ Chloe S. Dillon*
    Federal Defenders of San Diego, Inc.
    Attorneys for Michael Leon

    Email: Chloe_Dillon@fd.org